

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| Angela Knox, on Behalf of Herself and All Others Similarly Situated,<br><br>　　　　　　　　　　　　　Plaintiff,<br><br>-against-<br><br>Samsung Electronics America, Inc., a New York Corporation,<br><br>　　　　　　　　　　　　　Defendant. | Case No.: 2:08-cv-04308 (JLL) (CCC)<br><br>**STIPULATION AND<br>ORDER OF DISMISSAL<br>WITH PREJUDICE** |

It is hereby stipulated and agreed between plaintiff Angela Knox and defendant Samsung Electronics America, Inc. that this action be and the same hereby is dismissed with prejudice as to plaintiff Angela Knox and without costs against either party. Because there has been no certification of any putative class pursuant to Fed. R. Civ. P. 23, this dismissal is without prejudice as to any unnamed putative class members.

SZAFERMAN, LAKIND, BLUMSTEIN &
BLADER, PC

Attorneys for Plaintiff
Angela Knox

By: ___s/Arnold C. Lakind___
　　　Arnold C. Lakind

CHADBOURNE & PARKE LLP

Attorneys for Defendant
Samsung Electronics America, Inc.

By: ___s/Joseph G. Falcone___
　　　Joseph G. Falcone

SO ORDERED

_____
HONORABLE JOSE L. LINARES
United States District Judge